AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**RILEY D. KASPER**<br><br>_Defendant_ | Case: 1:22−mj−00064<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/15/2022<br>Description: Arrest Warrant with Complaint |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  **RILEY D. KASPER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon to Inflict Bodily Injury,
18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 1752(a)(1) & (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2) & (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(4) & (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 03/15/2022

2022.03.15 17:46:38 -04'00'
_Issuing officer's signature_

City and state:  Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 3/15/2022, and the person was arrested on _(date)_ 3/16/2022
at _(city and state)_ Ashland, Wisconsin.

Date: 3/17/2022

_Arresting officer's signature_

Justin Mosiman, Special Agent
_Printed name and title_