### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *  Case No. 22-mj-00064-RMM |
| | * |
| **RILEY D. KASPER** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion to Modify Conditions of Release. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2022:

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that Mr. Kasper be permitted, with prior approval of his pretrial officer, to stay overnight in a hotel (the Super 8 on I-43 Business Park) when in Green Bay working on his farm.

All other conditions of release originally imposed remain in full force and effect.

_____
UNITED STATES JUDGE