# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *   Case No. 22-mj-00064-RMM |
| | * |
| **RILEY D. KASPER** | * |
| | * |

\* \* \* \* \* \*

## ORDER

Before the Court is the defendant's Consent Motion to Modify Conditions of Release. The Court having considered the Motion, and being fully advised, it is this 28th day of April 2022 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further,

**ORDERED** that Mr. Kasper's conditions of release be modified to allow for Mr. Kasper, only with prior approval of his pretrial officer, to stay overnight in a hotel (the Super 8 on 1-43 Business Park) when in Green Bay, Wisconsin, working on his farm.

All other conditions of release originally imposed remain in full force and effect.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE