IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **22-cr-00148 RCL** |
| **RILEY D. KASPER** | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Riley D. Kasper (defendant).

I certify that I am admitted to practice in this court.

May 4, 2022

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
Bar Number MD0039
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
nickmadiou@gmail.com