UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 1:22-cr-00148-RCL |
| **RILEY KASPER** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Stephen J. Rancourt is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: June 16, 2022          By:   _/s/ Stephen J. Rancourt_
                                    STEPHEN J. RANCOURT
                                    Assistant United States Attorney
                                    Detailee
                                    Texas Bar No. 24079181
                                    United States Attorney's Office
                                    District of Columbia
                                    (806) 472-7398
                                    stephen.rancourt@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
STEPHEN J. RANCOURT
Assistant United States Attorney