UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 22-CR-148-RCL** |
| : | |
| **RILEY D. KASPER,** : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Joseph DeGaetano, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

By:   */s/ Joseph DeGaetano*
JOSEPH DEGAETANO
TN Bar No. 021448
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, N.W.
Washington, DC
(423) 385-1345
Joseph.degaetano@usdoj.gov