IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| v. | * Case No. 22-cr-00148 |
| RILEY D. KASPER | * |

## ORDER

This matter is before the Court on the defendant's Consent Motion to Modify Conditions of Release. The Court having considered the Motion, being fully advised, it is this _6th_ day of _July_, 2022:

**ORDERED,** that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED,** that Mr. Kasper's conditions of release be modified such that he be permitted, with prior approval of his pretrial officer, to be relieved from his curfew when traveling for work purposes; and it is further,

**ORDERED,** that on the days that Mr. Kasper does not need to travel for work purposes that he remains on the original curfew of 10:00 p.m. to 4 a.m.

All other conditions of release originally imposed remain in full force and effect.

_____
UNITED STATES JUDGE