# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 22-cr-00148 RCL |
| | : | |
| RILEY KASPEY | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

COMES NOW, the Defendant Riley Kasper, by and through counsel, Michael E. Lawlor and Nicholas G. Madiou and, Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the status conference currently scheduled for Friday, September 23, 2022 at 1:00 p.m., and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1. Per prior Order of the Court, the Mr. Kasper is scheduled to appear before this Honorable Court on Friday, September 23, 2022 at 1:00 p.m. for a status conference.

2. For the following reasons, undersigned counsel respectfully asks for approximately a 30-day continuance of the status conference, and the exclusion of that time for Speedy Trial purposes, for the following reasons.

1

    a. Undersigned counsel began a six-week jury trial in the matter of *United States v. Darin C. Moore, Jr.,* case no.: 18-cr-198 JEB in the United States District Court for the District of Columbia on September 19, 2022.

    b. Additionally, counsel needs additional time to continue to meet with the defendant to review the plea offer that was extended in this matter.

3. Undersigned counsel has discussed this request with Mr. Riley, and is authorized to state that he is in agreement with the instant request, and consents to exclusion of time under the Speedy Trial Act.

4. Undersigned counsel has also contacted Assistant United States Attorney Stephen Rancourt, and is authorized to state that the United States does not oppose this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference set for Friday, September 23, 2022 at 1:00 p.m. for a period of approximately 30 days, and exclude that time from the Speedy Trial calculation in this case.

        Respectfully submitted,

        /s/
        _____
        Michael E. Lawlor
        Nicholas G. Madiou
        Brennan, McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, Maryland 20770
        301.474.0044
        mlawlor@verizon.net
        nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

        /s/
        _____
        Michael E. Lawlor