# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-148-RCL |
| | : | |
| **RILEY KASPER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby submits notice that Assistant United States Attorney Christopher Brunwin is entering his appearance on behalf of the United States.

Dated: February 1, 2023

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    /s/*Christopher Brunwin*
            CHRISTOPHER BRUNWIN
            California Bar No. 158939
            Assistant United States Attorney - Detailee
            United States Attorney's Office
            Central District of California
            312 N. Spring Street
            Los Angeles, California 90012
            (213)894-4242
            christopher.brunwin@usdoj.gov