UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-CR-148-RCL |
| | : | |
| **RILEY D. KASPER,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Stephen J. Rancourt, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: February 13, 2023     By: _____
STEPHEN J. RANCOURT
Assistant United States Attorney, Detailee
Texas Bar No. 24079181
United States Attorney's Office
District of Columbia
(806) 472-7398
stephen.rancourt@usdoj.gov