IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 22-cr-148 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CONSENT MOTION TO MODIFY |
| RILEY KASPER, ) | CONDITIONS OF RELEASE |
| ) | |
| Defendant. ) | |

Defendant, Riley Kasper, through counsel, respectfully asks this Court to modify the conditions of his pretrial release, and in support states as follows:

1. On April 29, 2022, Mr. Kasper was charged by Indictment with various offenses stemming from the riots at the United States Capitol on January 6, 2021.

2. On March 24, 2022, Mr. Kasper made his initial appearance before this Honorable Court and was released on conditions of pretrial release, including submitting to GPS location monitoring technology and complying with its requirements as directed. Docket No. 8.

3. Mr. Kasper is supervised by United States Probation Officer Melissa Sarkkinen in the Western District of Wisconsin.

4. Since his release, Mr. Kasper has complied with all conditions of his supervision.

5. At this time, Mr. Kasper respectfully requests this Court modify his conditions of pretrial release such that he no longer be required to submit GPS location monitoring technology or to comply with its requirements.

6. Undersigned contacted counsel for the Government, Christopher Brunwin, and U.S. Probation Officer Melissa Sarkkinen about the instant request. Counsel is authorized to state the Government as well as Pretrial services <u>consent</u> to the relief requested in this motion.

For the foregoing reasons, Mr. Kasper, through counsel, respectfully moves this Court to modify the conditions of his pretrial release to no longer be required to submit GPS location monitoring technology or to comply with its requirements.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 7, 2023, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Melissa Dullea