IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 22-cr-148 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PROPOSED ORDER OF THE COURT |
| RILEY KASPER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the defendant's Consent to Modify Conditions of Release. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2023;

**ORDERED**, that the Motion be and the same is hereby **GRANTED**; and it is further,

**ORDERED**, that Mr. Kasper is no longer be required to submit GPS location monitoring technology or to comply with its requirements.

All other conditions of release originally imposed remain in full force and effect.

_____
UNITED STATES JUDGE