IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 22-cr-148 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ~~PROPOSED~~ ORDER |
| RILEY KASPER, | ) |
| | ) |
| Defendant. | ) |

Based upon the representations in the Defendant's Consent Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the considerations described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Due to the interest by the parties in regards to discovery, the failure to grant such a continuance in this proceeding would be likely result in a miscarriage of justice by foreclosing such resolution. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this __8th__ day of __March__, 2023,

**ORDERED** that the United States' Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further _until April 12, 2023 at 12:30 p.m., and_

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

_Royce C. Lamberth_
U.S.S.D.J.