# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-148-RCL** |
| | **:** | |
| **RILEY KASPER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF STATUS OF PLEA AGREEMENT

The United States of America, through undersigned counsel, hereby submits that the parties have entered and filed a plea agreement and statement of offense (ECF Nos. 46 and 47). The parties have also conferred and submit that they will be available for a change of plea hearing in the afternoon on September 15, 2023.  Alternatively, the parties can be available the following week and would propose September 22, 2023, as an alternative, if the Court is available either date.

Dated: August 31, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/*Christopher Brunwin*
CHRISTOPHER BRUNWIN
California Bar No. 158939
Assistant United States Attorney - Detailee
United States Attorney's Office
Central District of California
312 N. Spring Street
Los Angeles, California 90012
(213)894-4242
christopher.brunwin@usdoj.gov