IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 22-cr-148 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CONSENT MOTION TO CORRECT |
| RILEY KASPER, ) | JUDGMENT UNDER FRCrP 36 |
| ) | |
| Defendant. ) | |

Defendant, through counsel, with the consent of the United States of America (the "government"), hereby respectfully moves this Court to correct defendant's judgment pursuant to Federal Rule of Criminal Procedure 36 and states the following in support:

1. On September 15, 2023, the defendant pled guilty to a lesser-included offense in Count 2 of the 6-Count Indictment. Kasper pled guilty to Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. § 111(a)(1). On February 6, 2024, Mr. Kasper sentenced.

2. The Judgment states that the Defendant pleaded guilty to Assaulting, Resisting, or Impeding Certain Officers or Employees in violation of 18 U.S.C. §§ 111(a)(1) and (b). Docket No. 61.

3. Federal Rule of Criminal Procedure 36 provides that: "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

4. The Defendant asks the Court to correct defendant's judgment by deleting section (b) from the Title and Section Defendant pled guilty to.

1

5.  Counsel for United States has indicated that there is no objection to this motion.

For the reasons herein, the Defendant respectfully asks the Court to grant the requested relief.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA  52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/  Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 29, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:  /s/ Melissa Dullea